## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD SCOTT GREGORY,** | : | **CIVIL NO. 1:16-CV-966** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 30th day of September, 2016, upon consideration of plaintiff's request (Doc. 23) for "additional time to respond to the Government[']s last brief," it is hereby ORDERED that:

1. The request (Doc. 23) for additional time to respond to the Government's brief is CONSTRUED as a motion for extension of time and is GRANTED.

2. Plaintiff shall file a brief in opposition to defendant's motion (Doc. 16) to dismiss or, in the alternative, for summary judgment, on or before October 12, 2016. Failure to comply with this order will result in the motion being deemed unopposed. See L.R. 7.6.

3. Plaintiff shall file, on or before October 12, 2016, a statement of material facts specifically responding to the numbered paragraphs in defendant's statement of material facts (Doc. 20). See L.R. 56.1.

a.   The statement of material facts shall include specific references to the parts of the record that support the statement and shall comply in all respects with Local Rule 56.1.

b.   Failure to timely file a statement of material facts in accordance with Local Rule 56.1 will result in the facts set forth in defendant's statement of material facts (Doc. 20), being deemed admitted.  <u>See</u> L.R. 56.1.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania