# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HOWARD SCOTT GREGORY**, | : | CIVIL NO. 1:16-CV-966 |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 13th day of February, 2017, upon consideration of defendant's motion (Doc. 16) to dismiss or, in the alternative, for summary judgment, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 16) is DENIED.

2. Defendant shall FILE a responsive pleading in the manner set forth in the Federal Rules on or before February 20, 2017.

 /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania